

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**RECEIVED**
11/4/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
PJJ

**BC**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Eric MUHAMMAD ⟩
⟩
⟩
⟩
Plaintiff(s), ⟩
⟩
v. Chicago Transit Authority ⟩
⟩
⟩
⟩
⟩
Defendant(s). ⟩

1:25-cv-13525
Judge Jeremy C. Daniel
Magistrate Judge Beth W. Jantz
Case Number: RANDOM / Cat. 2

---

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Eric Muhammad _____ of the

county of Cook in the state of IL.

3. The defendant is Chicago Transit Authority, whose

street address is 567 W LAKE St,

(city) Chicago (county) Cook (state) IL (ZIP) 60661

(Defendant's telephone number) (312) - 681 - 5022

4. The plaintiff sought employment or was employed by the defendant at (street address)

1902 E 103rd (city) Chicago

(county) Cook (state) IL (ZIP code) 60619

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month)___5___, (day)___2___, (year)___2022___

**7.1** ___(Choose paragraph 7.1 or 7.2, do not complete both.)___

   (a) The defendant is not a federal governmental agency, and the plaintiff  [*check*

   *one box*]  ☐ *has not*  filed a charge or charges against the defendant
   ☑ *has*

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission, on or about

   (month)___5___ (day)___2___ (year)___2022___.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached.  ☑ YES.    ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received.  The

plaintiff has no reason  to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

   defendant asserting the acts of discrimination indicated in this court complaint.

2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION <br> This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: <br> EEOC <br> FEPA | Agency(ies) Charge No(s): <br> **440-2022-05539** |
|---|---|---|

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* <br> Mr. Eric Muhammad | Home Phone <br> 708-539-6669 | Year of Birth |
|---|---|---|

Street Address

9127 S Oglesby Ave USA

CHICAGO, IL 60617

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name <br> Chicago Transit Authority | No. Employees, Members <br> 101 - 200 Employees | Phone No. |
|---|---|---|

Street Address

567 W. Lake St.

CHICAGO, IL 60661

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON <br><br> Religion | DATE(S) DISCRIMINATION TOOK PLACE <br><br> Earliest       Latest <br> 05/02/2022     05/02/2022 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent in or around February 2003. My most recent position is Bus Operator. During my employment, I requested a religious exemption to Respondents Covid-19 vaccine mandate. My request was denied. I believe I have been discriminated against because of my religion, Islam, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. <br><br> **Digitally Signed By: Mr. Eric Muhammad** <br> **05/12/2022** <br><br><br> *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT <br><br> SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

JCK Federal Building
230 S. Dearborn Street, Suite 1866
Chicago, IL 60604
Chicago Direct Dial: (312) 872-9777
Enforcement Fax: (312) 588-1260
Website: www.eeoc.gov

EEOC Charge Number

440-2022-05539

Eric Muhammad
9127 South Oglesby Avenue
Chicago, Illinois 60617

Charging Party

v.

Chicago Transit Authority
567 West Lake Street
Chicago, Illinois 60661

Respondent

## DETERMINATION

Under the authority vested in me by the U.S. Equal Employment Opportunity Commission's Procedural Regulations ("Commission"), I issue the following determination on the merits of the subject charge filed under Title VII of the Civil Rights Act of 1964, as amended ("Title VII").

The Respondent is an employer within the meaning of Title VII, and all requirements for coverage have been met.

The Charging Party alleged that Respondent discriminated against him because of his religion, Islam, in that he requested a religious exemption to Respondent's Covid-19 vaccination mandate, and that his request was denied, in violation of Title VII.

I have determined that the evidence obtained during the course of the investigation, establishes reasonable cause to believe that since at least September 3, 2021, at its Illinois locations, Respondent discriminated against Charging Party and a class of employees because of their religion, and in retaliation for engaging in protected activity, by failing to provide religious accommodations to them, in violation of Title VII.

This determination is final. When the Commission finds that violations have occurred, it attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, I invite the parties to join with the Commission in reaching a just resolution of this matter. Anything said or done during the conciliation process will be kept confidential by the Commission and, subject to limited exceptions set out in the Commission's Procedural Regulations (29 CFR Part 1601.26), may not be used by participants in a subsequent proceeding, including litigation on this charge, without the consent of all parties.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☑ Yes (month) _0 5_ (day) _1 2_ (year) _2022_

☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_0 8_

(day) _2 8_ (year) _20 25_.

(c)    Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ Yes    ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☑    the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)_0 8_ (day)_2 8_ (year) _2025_ a copy of which

*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☑ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☑ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): <u>Covid Vaccine Mandate - Religious Exemption</u>

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

WAS denied and did not accomodate.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

EEOC Determination: Respondant discriminated against Charging Party and a class of employees because of their religion, and in retaliation for engaging in Protected activity, by failing to Provide religious accomodation to them, in violation of Title VII.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [**check only those that apply**]

(a)  ☐ Direct the defendant to hire the plaintiff.

(b)  ☑ Direct the defendant to re-employ the plaintiff.

(c)  ☐ Direct the defendant to promote the plaintiff.

(d)  ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)  ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)  ☑ Direct the defendant to (specify): Pay Damages – injunctive Relief, Punative damage, $250,000 Two-Hundred Fifty Thousand Dollars.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)   ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)   ☑ Grant such other relief as the Court may find appropriate.

_Eric Muhammad_
(Plaintiff's signature)

ERic MuhAmmAD
(Plaintiff's name)

9127 OglesbY
(Plaintiff's street address)

(City) ChicAgo (State) FL (ZIP) 60617

(Plaintiff's telephone number) 708 ) – 539-6669

Date: 10-25-2025

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016